IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY BURNIE and FLOYD COCHRAN,

    Defendants.

No. CR 3-05-70684 BZ

**ORDER TRANSFERRING BOND MONEY**

On August 23, 2005, the above-named defendants were each released on a $100,000.00 bond, jointly secured by a $100,000.00 cashier's check, court receipt no. 3375752. Defendants waived their right to a removal hearing, and the Court issued Commitment to Another District, removing this case to the United States District Court for the Southern District of New York.

Therefore, IT IS HEREBY ORDERED that the amount of $100,000.00 plus interest earned, be transferred to the Clerk of Court, United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**

Dated: 30 Aug 05

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE